UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

    Plaintiff,

v.

BILL JOHNSTON, et al.,

    Defendants.

_____/

Case No. 1:20-cv-649

HON. JANET T. NEFF

## ORDER

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 25, 2020 (ECF No. 10), recommending that, except for Plaintiff's MMWA claim, all of Plaintiff's federal claims be dismissed with prejudice for failure to state a claim; that Plaintiff's MMWA claim be dismissed without prejudice; and that Plaintiff's state-law claims be dismissed without prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 10) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that, except for Plaintiff's MMWA claim, all of Plaintiff's federal claims are DISMISSED WITH PREJUDICE for failure to state a claim; that Plaintiff's MMWA claim is DISMISSED WITHOUT PREJUDICE; and that Plaintiff's state-law claims are DISMISSED WITHOUT PREJUDICE for the reasons set forth in the Report and Recommendation.

2

**IT IS FURTHER ORDERED**, consistent with the Magistrate Judge's recommendation, that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: September 14, 2020                                 /s/ Janet T. Neff  
                                                                          JANET T. NEFF  
                                                                          United States District Judge